IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LESTER GUNTER**                                                                                                         **PETITIONER**
Reg. # 29255-058

V.                                     No.  2:25-cv-00204-JM-ERE

**BOP,** *ET AL.*                                                                                                         **RESPONDENTS**

## ORDER

On October 20, 2025, Lester Gunter, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241. *Doc. 1*. Mr. Gunter did not pay the filing fee or ask to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED that:

1.      Along with this Order, the Clerk of the Court will send Mr. Gunter an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO-240).

2.      If Mr. Gunter wishes to continue with this habeas action, he must, ***on or before Tuesday, November 18, 2025,*** either: (1) file the completed Application,

---

[1] Pursuant to Rule 3(a) of the Rules Governing § 2254 Cases in United States District Courts, a habeas petition "must be accompanied" by the applicable filing fee or "a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a) is applicable to petitions filed under 28 U.S.C. § 2241. *See* Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts.

including the Certificate of Prisoner Accounts;[2] **or** (2) pay the $5.00 filing fee, in full.[3] If Mr. Gunter fails to timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[4]

3. Additionally, the Clerk of the Court is directed to change Respondent to "Warden, FCI-Forrest City."

4. Service of the Petition is not appropriate at this time.

Dated 28 October 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] The Certificate must be signed by an authorized officer at the incarcerating facility.

[3] Mr. Gunter's payment must clearly indicate that it is for payment of the filing fee in this action. *Gunter v. Warden, FCI-Forrest City*, No. 2:25-cv-00204-JM-ERE.

[4] Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern of Arkansas, provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

(emphasis added). *See also* Fed. R. Civ. P. 41(b) (a district court may dismiss case for failure to prosecute or comply with court orders); § 2254 Rule 12 (applicability of Federal Rules of Civil Procedure in habeas proceedings).