### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**LESTER GUNTER**                                                                    **PETITIONER**
**Reg. #29255-058**

**V.**                                    **No. 2:25-cv-00204-JM-ERE**

**WARDEN, FCI-FORREST CITY**                                          **RESPONDENT**

### <u>ORDER</u>

The Court has received a Recommendation from United States Magistrate Judge Edie R. Ervin and timely objections. After considering the Recommendation and objections, as well as conducting a *de novo* review of the record, the Court approves and adopts the Recommendation in all respects.

Accordingly, the petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of February 2026.

_____
UNITED STATES DISTRICT JUDGE