## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**LESTER GUNTER**                                                                **PETITIONER**
**Reg. #29255-058**

**V.**                                  **No. 2:25-cv-00204-JM-ERE**

**WARDEN, FCI-FORREST CITY**                                         **RESPONDENT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 9th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE